UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TEJERO,<br><br>    Plaintiff,<br><br>  v.<br><br>NRG ENERGY SERVICES LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04187-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Tejero v. NRG Energy Services LLC,* 18-cv-04188-PJH.

**IT IS SO ORDERED.**

Dated: September 3, 2019

_____
JON S. TIGAR
United States District Judge